## STATEMENT OF FACTS

On Tuesday, September 29, 2020, members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) observed an individual broadcasting an Instagram Live video using the username of "bigcuddy_bigbob_cp13". The individual in the video appeared to have the magazine floorplate of a firearm in the front waistband of the jeans he was wearing. That individual was a black male wearing a white crew neck sweatshirt, dreadlock style hair, designer sunglasses, a necklace, and blue jeans with a red stripe. This individual was known to officers as James Robinson (Defendant Robinson). Officers know Defendant Robinson to hang out in Congress Height area, containing the 3400 block of 13th Place Southeast in Washington, D.C.

Officers responded to the area, but did not observe Defendant Robinson in the area. A short time later, officers observed another Instagram live video where Defendant Robinson was present in the Congress Heights area. Officers responded and immediately viewed Defendant Robinson sitting in front of 3409 13th Place Southeast. Once Defendant Robinson viewed officers, he immediately ran inside of the building to the top floor. Officers pursued on foot. While inside of the building, officers heard a loud metal noise. Once on the top floor, they observed the doorknob to apartment 302 on the floor.

While officers were pursuing Defendant Robinson inside of the building, Officers Hiller and Joseph went to the back of the building in case contraband was thrown out of one of the windows. Officer Hiller observed Defendant Robinson open a window on the top floor to the right and throw a firearm from it. Officer Joseph observed the firearm in midair and observed it hit the ground. Officer Joseph observed Defendant Robinson then close the window once the gun was thrown. Officer Hiller alerted other officers that a firearm was recovered and officers entered apartment 302. Defendant Robinson was placed under arrest.

The firearm that was seen being tossed by Defendant Robinson was determined to be a Glock, model 23, .40 caliber semiautomatic handgun with a serial number of BHAR874. When it was recovered, it was loaded with one (1) round in the chamber and nineteen (19) rounds in an extended, high capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

Case: 1:20-mj-00194
Assigned to: Judge Zia M. Faruqui
Assign Date: 9/30/2020
Description: COMPLAINT W/ARREST WARRANT

A criminal history check of Defendant Robinson through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Unlawful Possession of a Firearm with a Prior Conviction of Greater than a Year in the Superior Court for the District of Columbia, case number 2018 CF2 13130. The defendant was sentenced to twelve (12) months of incarceration for this offense. Defendant Robinson is currently on parole for this case, with a parole violation warrant from May 21, 2020 that was executed at the time of this arrest. In the Superior Court for the District of Columbia, it is common practice to advise defendants that this charge is punishable by imprisonment exceeding one year. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER BRANDON JOSEPH
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of September, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE